**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JULIUS ABELLA,**<br>    *Plaintiffs,*<br><br>**v.**<br><br>**LUMENOTE LTD. and JENNY LEE**<br>**also known as Shu Ting Li,**<br>    *Defendant.* | § § § § § § § § § § § § § | **CASE NO. 1:25-CV-01779-ADA-SH** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 13. The report recommends that this Court **DENY** Plaintiff's Motion for Temporary Restraining Order. *Id* at 3. The report was filed on January 16, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order is hereby **DENIED.**

**SIGNED** this 17th day of February, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE